IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROYLETT R. TURNER, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 4:13-CV-00137 |
| COMPASSIONATE CARE HOSPICE OF HOUSTON, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal With Prejudice came on for consideration by the Court. The Court, having considered the matter, finds and concludes that the Plaintiff, Lauren Scott-Cannady, and Defendants Compassionate Care Hospice of the Woodlands, LLC, Compassionate Care Hospice Group, Ltd., and Compassionate Care Hospice of Houston, LLC ("Defendants") have agreed to settle and compromise all matters at issue between them. Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiff's claims and causes of action against the Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all attorneys' fees and costs of Court are to be borne by the parties incurring the same.

SIGNED this 20th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE